■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK RUSSELL, Appellant. [21 NYS3d 896]—Order, Supreme Court, New York County (Charles H. Solomon, J.), entered April 15, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 20 points under the risk factor for the victim's physical helplessness (*see People v Winbush*, 123 AD3d 490 [1st Dept 2014], *lv denied* 24 NY3d 916 [2015]; *People v Howell*, 82 AD3d 857, 858 [2d Dept 2011], *lv denied* 16 NY3d 713 [2011]). In any event, regardless of whether defendant's correct point score is 130 or 110, we find no basis for a downward departure to level two (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant did not demonstrate any mitigating factors not already taken into account in the risk assessment instrument that would warrant a downward departure, given the egregiousness of defendant's sexual offense. Concur—Tom, J.P., Mazzarelli, Richter and Gische, JJ.